**Order filed January 30, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-01004-CV
_____

### BARRETT WAKEFIELD, Appellant

### V.

### WILLIAM B. UNDERWOOD III, AND UNDERWOOD, JONES, SCHERRER, PLLC, Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83168**

## ORDER

On December 20, 2019, we sent a letter to the parties that, among other things, instructed appellant to file a docketing statement. The docketing statement includes a section in which appellant may indicate whether there is a reporter's record in the appeal. Appellant has not filed a docketing statement.

On December 30, 2019, we ordered the official court reporter to file the record within 15 days. The record has not been filed. County records indicate no official

court reporter is currently assigned to the 55th District Court.

Although appellant did not file a docketing statement, we assume there is no reporter's record because the judgment on appeal is a summary judgment. Accordingly, appellant's brief is due on or before **March 2, 2020**.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.